| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwell, Robert B | 2. Court or Organization<br><br>U.S. District Court of S.C. | 3. Date of Report<br><br>7/3/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br> ☐ Nomination, Date<br> ☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>401 West Evans Street<br>McMillan Federal Bldg<br>Florence, SC 29501 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | Harwell Farms and Investment, Inc. |
| 2. Officer/Director | Harwell Development Co., Inc. |
| 3. Trustee | Trust #1 |
| 4. Custodian | Custodial Account #1 |
| 5. Custodian | Custodian Account #2 |

DISCLOSURE FINANCIAL OFFICE 2008 JUL 10 A 10: 51 RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/9/04 | Ballenger, Barth & Hoefer, LLP- My law partners and I have agreed that I will be paid 25% of the contingent fees generated on specifically |
| 2. | designated files existing at the time of my departure (June 25, 2004) for my interest in my former law practice |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Ballenger, Barth & Hoefer, LLP (per agreement for interest in law firm-See Part II)-final payment | $ 120,314 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Bar Association | 1/25 to 1/25/2007 | Charleston, SC | SC Bar Meeting | Lodging |
| 2. | SC Trial Lawyer Assoc | 8/2 to 8/5/2007 | Hilton Head Island, SC | Annual Convention | Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 7/3/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 7/3/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab/Sweep Acct | C | Interest | K | T | | | | | |
| 2. Common WB | B | Dividend | M | T | | | | | |
| 3. Common WFC | A | Dividend | J | T | | | | | |
| 4. Common ALV | A | Dividend | J | T | | | | | |
| 5. Common R&H | A | Dividend | J | T | | | | | |
| 6. Common TSFG | B | Dividend | K | T | | | | | |
| 7. Wachovia Accts | D | Interest | M | T | | | | | |
| 8. BB&T Accts | E | Interest | O | T | | | | | |
| 9. Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | A | Dividend | K | U | | | | | |
| 10. Harwell Properties, Inc 12 1/2% 12/31/04 compiled $21M | | None | | | Dissolved | 3/3 | J | A | |
| 11. Harwell Devel Co.,Inc. 12 1/2% compiled 12/31/04 $52M | E | Distribution | K | T | | | | | |
| 12. PCDG, LLC (10%)  1998 & 2000 $32,000 | | None | K | R | | | | | |
| 13. Charles Schwab IRA #1 | B | Dividend | M | T | | | | | |
| 14. -Cash Fund | | None | | | | | | | |
| 15. -DFA Intl Small Co Port | | None | | | | | | | |
| 16. -DFA Intl Value III Port | | None | | | | | | | |
| 17. -DFA  Large Cap Intl Port | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 7/3/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DFA Large Cap Value III Port | | None | | | | | | | |
| 19. -DFA US Large Co Instl Index Port | | None | | | | | | | |
| 20. -DFA US Small Cap Port | | None | | | | | | | |
| 21. -DFA US Small Cap Value | | None | | | | | | | |
| 22. Charles Schwab IRA#2 | D | Dividend | N | T | | | | | |
| 23. -Cash Fund | | None | | | | | | | |
| 24. -DFA Intl Small Co Port | | None | | | | | | | |
| 25. -DFA Intl Value III Port | | None | | | | | | | |
| 26. -DFA Large Cp Intl Port | | None | | | | | | | |
| 27. -DFA Large Cap Value III | | None | | | | | | | |
| 28. -DFA US Lg Co. Inst Index Port | | None | | | | | | | |
| 29. -DFA US Small Cap Port | | None | | | | | | | |
| 30. -DFA US Small Cap Value | | | | | | | | | |
| 31. Charles Schwab IRA#3 | A | Dividend | K | T | | | | | |
| 32. -Cash fund | | | | | | | | | |
| 33. -DFA US Small Cap Port | | | | | | | | | |
| 34. Trust #1 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 7/3/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cash Fund-Charles Schwab | | | | | | | | | |
| 36. -BB&T Corp | | | | | | | | | |
| 37. -Vanguard short-term treasury | | | | | | | | | |
| 38. Berkeley Co SC Zero 6/1/12 | C | Interest | L | T | | | | | |
| 39. Clemson University, SC Zero 5/1/10 | B | Interest | L | T | | | | | |
| 40. Peidmont Mun. Power Zero 1/1/08 | A | Interest | J | T | | | | | |
| 41. Piedmont Mun. Power Zero 1/1/13 | A | Interest | J | T | Redeem | 7/1 | J | A | partial call @ par |
| 42. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | |
| 43. Piedmont Mun. Power Zero 1/1/13 | A | Interest | J | T | | | | | see note 1 |
| 44. Piedmont Mun Power Zero 1/1/15 | C | Interest | L | T | | | | | |
| 45. Richland Co SC Zero 8/1/09 | C | Interest | L | T | | | | | |
| 46. Richland Co SC Zero 8/1/07 | | Interest | | | Redeem | 8/1 | J | A | |
| 47. SC Zero 7/1/12 | B | Interest | L | T | | | | | |
| 48. Three Rivers Solid Zero 1/1/09 | B | Interest | K | T | | | | | |
| 49. Three Rivers Solid Zero 1/1/11 | B | Interest | K | T | | | | | |
| 50. Three Rivers Solid Zero 1/1/12 | B | Interest | K | T | | | | | |
| 51. Three Rivers Solid Zero 1/1/13 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 7/3/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA Tax Man US Mktwde | A | Dividend | K | T | | | | | |
| 53. Rental Prop N Myrtle Beach,SC (2003,$238,600) | D | Rent | M | R | | | | | |
| 54. David W.Harwell &Sons Prop (Cherry Grove, SC) 49% ($243,000 | | None | M | U | | | | | |
| 55. on 2004 tax return) | | | | | | | | | |
| 56. College Bound Fund #1,Alliance Bernstein Mutual Funds | A | Dividend | K | T | | | | | |
| 57. -CBF Appreciation Port Alt Bx | | None | | | | | | | |
| 58. College Bound Fund #2, Alliance Berstein Mutual Funds | A | Dividend | K | T | | | | | |
| 59. -CBF Appreciation Port Alt BX | | None | | | | | | | |
| 60. SC Future Scholar Plan #1,Columbia Mutual Funds | | None | K | T | | | | | |
| 61. -Bond Port-A | | | | | | | | | |
| 62. -Large Cap Core Port-A | | | | | | | | | |
| 63. -Mid Cap Growth Port-A | | | | | | | | | |
| 64. -Small Cap Growth Port-A | | | | | | | | | |
| 65. SC Future Scholar Plan #2, Columbia Mutual Funds | | None | K | T | | | | | |
| 66. -Bond Port-A | | None | | | | | | | |
| 67. -Large Cap Core Port-A | | | | | | | | | |
| 68. -Mid Cap Grow Port-A | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 7/3/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Small Cap Growth Port-A | | | | | | | | | |
| 70.  ▇▇▇▇Farms, Florence, SC  (1999 $125,000) | | None | M | R̄ | | | | | |
| 71.  Custodial Account#1 | A | Dividend | J | T | | | | | |
| 72.  -Common TSFG | | | | | | | | | |
| 73.  Custodial Acct#2 | A | Dividend | J | T | | | | | |
| 74.  -Common TSFG | | | | | | | | | |
| 75.  ▇▇▇▇▇▇ Florence, SC (2006 $70,000) | | None | L | R | | | | | |
| 76.  SC Tuition Prepayment Program #1 | | None | J | T | | | | | |
| 77.  SC Tuition Prepayment Program #2 | | None | J | T | | | | | |
| 78.  Lot ▇▇▇▇▇▇▇▇▇▇, Florence, SC (2007 $38,275 | | None | K | R | Distribution | 12/7 | K | | Harwell Development Corp |
| 79.  First Reliance Accts | | | | | | | | | See note 2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 7/3/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Error in reporting assets in previous years' reporting
(2) Moved funds to other financial institutions listed

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 7/3/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2008 |

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwell, Robert B | 2. Court or Organization<br><br>U.S. District Court of S.C. | 3. Date of Report<br><br>5/12/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>401 West Evans Street<br>McMillan Federal Bldg<br>Florence, SC 29501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Officer/Director | Harwell Farms and Investment, Inc. |
| 2. Officer/Director | Harwell Development Co., Inc. |
| 3. Trustee | Trust #1 |
| 4. Custodian | Custodial Account #1 |
| 5. Custodian | Custodian Account #2 |

FINANCIAL DISCLOSURE OFFICE   2008 MAY 13 A 11: 02   RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 7/9/04 | Ballenger, Barth & Hoefer, LLP- My law partners and I have agreed that I will be paid 25% of the contingent fees generated on specifically |
| 2. | designated files existing at the time of my departure (June 25, 2004) for my interest in my former law practice |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | US District Court | $ 151,705 |
| 2. 2007 | Ballenger, Barth & Hoefer, LLP (per agreement for interest in lawfirm-SeePart II) - final payment | $ 120,314 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Bar Association | 1/25 to 1/25/2007 | Charleston, SC | SC Bar Meeting | $240 |
| 2. | FJC | 3/18/ to3/20/2007 | Charleston, SC | FJC Educational Seminar | $710 |
| 3. | AO | 6/27 to 6/30/2007 | White Sulphur Springs WVa | Judicial Conference | $835 |
| 4. | SC Trial Lawyers Assoc | 8/2/ to 8/5/2007 | Hilton Head Island, SC | Annual Convention | $542 |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab/Sweep Acct | C | Interest | K | T | | | | | |
| 2. Common WB | B | Dividend | M | T | | | | | |
| 3. Common WFC | A | Dividend | J | T | | | | | |
| 4. Common ALV | A | Dividend | J | T | | | | | |
| 5. Common R&H | A | Dividend | J | T | | | | | |
| 6. Common TSFG | B | Dividend | K | T | | | | | |
| 7. Wachovia Accts | D | Interest | M | T | | | | | |
| 8. BB&T Accts | E | Interest | O | T | | | | | |
| 9. Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | A | Dividend | K | U | | | | | |
| 10. Harwell Properties, Inc 12 1/2% 12/31/04 compiled $21M | | None | J | T | Dissolved | 3/3 | J | A | |
| 11. Harwell Devel Co.,Inc. 12 1/2% compiled 12/31/04 $52M | E | Distribution | K | T | | | | | |
| 12. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |
| 13. Charles Schwab IRA #1 | B | Dividend | M | T | | | | | |
| 14. -Cash Fund | | None | | | | | | | |
| 15. -DFA Intl Small Co Port | | None | | | | | | | |
| 16. -DFA Intl Value III Port | | None | | | | | | | |
| 17. -DFA Large Cap Intl Port | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DFA Large Cap Value III Port | | None | | | | | | | |
| 19. -DFA US Large Co Instl Index Port | | None | | | | | | | |
| 20. -DFA US Small Cap Port | | None | | | | | | | |
| 21. -DFA US Small Cap Value | | None | | | | | | | |
| 22. Charles Schwab IRA#2 | D | Dividend | N | T | | | | | |
| 23. -Cash Fund | | None | | | | | | | |
| 24. -DFA Intl Small Co Port | | None | | | | | | | |
| 25. -DFA Intl Value III Port | | None | | | | | | | |
| 26. -DFA Large Cp Intl Port | | None | | | | | | | |
| 27. -DFA Large Cap Value III | | None | | | | | | | |
| 28. -DFA US Lg Co. Inst Index Port | | None | | | | | | | |
| 29. -DFA US Small Cap Port | | None | | | | | | | |
| 30. -DFA US Small Cap Value | | | | | | | | | |
| 31. Charles Schwab IRA#3 | A | Dividend | K | T | | | | | |
| 32. -Cash fund | | | | | | | | | |
| 33. -DFA US Small Cap Port | | | | | | | | | |
| 34. Trust #1 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cash Fund | | | | | | | | | |
| 36. -BB&T Corp | | | | | | | | | |
| 37. -Vanguard short-term treasury | | | | | | | | | |
| 38. Berkeley Co SC Zero 6/1/12 | C | Interest | L | T | | | | | |
| 39. Clemson University, SC Zero 5/1/10 | B | Interest | L | T | | | | | |
| 40. Peidmont Mun. Power Zero 1/1/08 | A | Interest | J | T | | | | | |
| 41. Piedmont Mun. Power Zero 1/1/13 | A | Interest | J | T | Redeem | 7/1 | J | A | partial call @ par |
| 42. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | |
| 43. Piedmont Mun. Power Zero 1/1/13 | A | Interest | J | T | | | | | see note 1 |
| 44. Piedmont Mun Power Zero 1/1/15 | C | Interest | L | T | | | | | |
| 45. Richland Co SC Zero 8/1/09 | C | Interest | L | T | | | | | |
| 46. Richland Co SC Zero 8/1/07 | A | Interest | J | T | Redeem | 8/1 | J | A | |
| 47. SC Zero 7/1/12 | B | Interest | L | T | | | | | |
| 48. Three Rivers Solid Zero 1/1/09 | B | Interest | K | T | | | | | |
| 49. Three Rivers Solid Zero 1/1/11 | B | Interest | K | T | | | | | |
| 50. Three Rivers Solid Zero 1/1/12 | B | Interest | K | T | | | | | |
| 51. Three Rivers Solid Zero 1/1/13 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA Tax Man US Mktwde | A | Dividend | K | T | | | | | |
| 53. Rental Prop N Myrtle Beach,SC (2003,$238,600) | D | Rent | M | R | | | | | |
| 54. David W.Harwell &Sons Prop (Cherry Grove, SC) 49% ($243,000 | | None | M | U | | | | | |
| 55. on 2004 tax return) | | | | | | | | | |
| 56. College Bound Fund #1 | A | Dividend | K | T | | | | | |
| 57. -CBF Appreciation Port Alt Bx | | None | | | | | | | |
| 58. College Bound Fund #2 | A | Dividend | K | T | | | | | |
| 59. -CBF Appreciation Port Alt BX | | None | | | | | | | |
| 60. Future Scholar #1 | | None | K | T | | | | | |
| 61. -Bond Port-A | | | | | | | | | |
| 62. -Large Cap Core Port-A | | | | | | | | | |
| 63. -Mid Cap Growth Port-A | | | | | | | | | |
| 64. -Small Cap Growth Port-A | | | | | | | | | |
| 65. Future Scholar #2 | | None | K | T | | | | | |
| 66. -Bond Port-A | | None | | | | | | | |
| 67. -Large Cap Core Port-A | | | | | | | | | |
| 68. -Mid Cap Grow Port-A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T = Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Small Cap Growth Port-A | | | | | | | | | |
| 70.   ▇▇▇ Farms, Florence, SC   (1999 $125,000) | | None | M | R | | | | | |
| 71.   Custodial Account#1"X" | A | Dividend | J | T | | | | | |
| 72.   -Common TSFG | | | | | | | | | |
| 73.   Custodial Acct#2 "(X)" | A | Dividend | J | T | | | | | |
| 74.   -Common TSFG | | | | | | | | | |
| 75.   ▇▇▇, Florence, SC (2006 $70,000) | | None | L | R | | | | | |
| 76.   SC Tuition Prepayment Program #1 | | None | J | T | | | | | |
| 77.   SC Tuition Prepayment Program #2 | | None | J | T | | | | | |
| 78.   Lot ▇▇▇▇ Florence, SC | | None | K | R | Distribution | 12/7 | K | | Harwell Development Corp |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Error in reporting assets in previous years' reporting

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544